IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK GUIDI,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, EQUIFAX INFORMATION SERVICES, LLC, SUNTRUST MORTGAGE, INC.,

    Defendants.

No. C 11-05491 WHA

**ORDER DENYING ATTENDANCE BY TELEPHONE**

The Court **DENIES** the parties' motions to appear at the case management conference by telephone. The courtroom telephone equipment and court reporter cannot handle multiple parties speaking simultaneously as sometimes occur in hearings.

**IT IS SO ORDERED.**

Dated: February 21, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE