United States District Court
For the Northern District of California

1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10    MARK GUIDI,

11              Plaintiff,                              No. C 11-05491 WHA

12       v.

13    EXPERIAN INFORMATION SOLUTIONS,            **ORDER DENYING**
      INC., TRANS UNION LLC, EQUIFAX           **ATTENDANCE BY**
14    INFORMATION SERVICES, LLC,               **TELEPHONE**
      SUNTRUST MORTGAGE, INC.,
15

16              Defendants.

17    _____/

18          The Court **DENIES** the parties' motions to appear at the case management conference by

19    telephone.  The courtroom telephone equipment and court reporter cannot handle multiple parties

20    speaking simultaneously as sometimes occur in hearings.

21

22          **IT IS SO ORDERED.**

23

24    Dated:  February 21, 2012.                    _____
                                                    WILLIAM ALSUP
25                                                  UNITED STATES DISTRICT JUDGE

26

27

28