IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK GUIDI,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, and BANK OF AMERICA, N.A.,

    Defendants.

No. C 11-05491 WHA

**ORDER RE NOTICE OF SETTLEMENT**

    The Court acknowledges the parties' notice of settlement as to plaintiff Mark Guidi and defendant Trans Union and cautions that until a dismissal is filed, all deadlines remain in effect. Please note that the case management conference will go forward as scheduled and all parties are bound by the case management order until they are dismissed.

    **IT IS SO ORDERED.**

Dated: February 22, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE