Katherine A. Klimkowski (SBN 263099)
kaklimkowski@jonesday.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA 92612
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK GUIDI, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION L.L.C.; EQUIFAX INFORMATION SERVICES, L.L.C.; BANK OF AMERICA, NA;<br><br>　　　　Defendants. | Case No. 3:11-cv-05491-WHA<br><br>[~~PROPOSED~~] **ORDER DISMISSING ACTION WITH PREJUDICE** |

　　　　Based on the parties stipulation and for good cause shown, Plaintiff Mark Guidi ("Plaintiff") claims against Defendant Experian Information Solutions, Inc. ("Experian") are hereby dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each side shall bear his or its own attorneys' fees and costs incurred herein.

IT IS SO ORDERED.

Dated: ___April 23___, 2012          _____
　　　　　　　　　　　　　　　　　　　HON. WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　United States District Judge

IRI-37954v1

**CERTIFICATE OF SERVICE**

I, Katherine A. Klimkowski, declare:

I am a citizen of the United States and employed in Orange County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 3161 Michelson Drive, Suite 800, Irvine, California  92612.  On **April 20, 2012,** I served a copy of the **[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** by electronic transmission.

I am familiar with the United States District Court Northern District Of California's practice for collecting and processing electronic filings.  Under that practice, documents are electronically filed with the court.  The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case.  The NEF will constitute service of the document.  Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.  Under said practice, the following CM/ECF user was served:

Edward O. Lear, Esq.
Rizza Gonzales, Esq.
Century Law Group, LLP
Suite 345
5200 West Century Boulevard
Los Angeles, CA 90045
Tel: 310/642-6900

Executed on **April 20, 2012,** at Irvine, California.

 */s/ Katherine A. Klimkowski*
Katherine A. Klimkowski

IRI-37954v1